IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DIANA MARIE HAHL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-12-791-M |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

On June 7, 2013, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's claims for disability insurance benefits and supplemental security income payments under the Social Security Act. The Magistrate Judge recommended that the Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by June 27, 2013. The parties have not filed any objections.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on June 7, 2013; and

(2) AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 28th day of June, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE